HARRY G. WOODWORTH and Others, Copartners, Doing Business under the Firm Name and Style of WOODWORTH, LOUNSBERY & Co., Appellants, v. ROBERT A. SASSEEN, Respondent. (Appeal No. 2.) — Order, in so far as appealed from, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ., concur.

ARTHUR YSORDIA, Appellant, v. AMELIA YSORDIA, Respondent.— Judgment modified by providing that the complaint is dismissed for insufficiency of proof, and as so modified unanimously affirmed, without costs. Furthermore, it does not appear from the record that defendant was ever served with a summons and complaint in this action. Present — Lazansky, P. J., Hagarty, Seeger, Carswell and Scudder, JJ.

GEORGE BEATTIE, Respondent, v. JAMES WARD, Appellant.— Application denied, with ten dollars costs.

WILLIAM F. BRUNNER, INC., Respondent, v. RUSSO CONSTRUCTION Co., INC., Appellant.— Application denied, with ten dollars costs.

LOIS C. LEVISON and BENNO LEVISON, Copartners, etc., Respondents, v. LOUIS POLLACK, Appellant. JOSEPH CHALFIN & Co., INC., Defendant.— Application denied, with ten dollars costs.

MONROE MILLER and PHILIP J. MILLER, Copartners, Doing Business under the Firm Name and Title of MILLER BROS., Respondents, v. WAR-WEST, INC., and FREDERICK H. VAHLSING, Appellants. — Application denied, with ten dollars costs.

JOSEPH MILLION, Respondent, v. RACO REALTY CORPORATION, Appellant.— Application denied, with ten dollars costs.

OSCAR L. OBERG, Respondent, v. ROSIE SALZMAN, Appellant.— Application denied, with ten dollars costs.

CHESTER K. WIGGINS, Appellant, v. HELEN H. RUSSELL, WARREN O'BRIEN and EDWARD P. KENNEY, as Assignee of THOMAS W. MAYER, INC., Respondents.— Application granted.

## THIRD DEPARTMENT, MARCH, 1929.

SUSAN A. ROCHE, Respondent, v. DAVID J. WALSH, Doing Business under the Firm Name of W. E. WALSH & SONS, Appellant.

PER CURIAM: Although plaintiff has not appealed, we strike out of the judgment the alternative provision as to delivery of property on the ground that it was unauthorized and unenforcible, and affirm the judgment for $400 and costs, with costs to respondent on this appeal. Van Kirk, P. J., Hinman, Davis, Whitmyer and Hill, JJ., concur. Judgment modified in accordance with opinion, and as so modified affirmed, with costs to the respondent on this appeal.